**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Brigido ALVARENGA, Defendant– Appellant.**

No. 02–7450.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 23, 2003.

Brigido Alvarenga, Appellant Pro Se. Richard Lee Edwards, Assistant United States Attorney, Thomas Richard Ascik, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Brigido Alvarenga seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Alvarenga has not made a substantial showing of the denial of a constitutional right. *See United States v. Alvarenga,* Nos. CR–00–5; CA–02–70–1 (W.D.N.C. July 15, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*